■ FRANCES SOLOMON, Appellant, v LEONARD SOLOMON et al., Respondents. (Appeal No. 2.) [615 NYS2d 1025] —Appeal unanimously dismissed without costs. Same Memorandum as in Solomon v Solomon ( 206 AD2d 971 [decided herewith]). (Appeal from Judgment of Supreme Court, Nassau County, Brucia, J.—Divorce.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.

Same Memorandum as in *Solomon v Solomon* (206 AD2d 971 [decided herewith]). (Appeal from Order of Supreme Court, Nassau County, Robbins, J.—Ejection.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.